T. Jeffrey SIMPSON, on behalf of himself and all others similarly situated, Plaintiff,

and

California State Teachers Retirement System, Plaintiff–Appellant,

v.

Homestore.Com, Inc.; Stuart H. Wolff; Peter B. Tafeen; PriceWaterHouse-Coopers; AOL Time Warner Inc.; Cendant Corporation; Richard A. Smith; L90, aka Max Worldwide; Smarthome, Inc.; David M. Rosenblatt; Catherine Kwong Giffen; Allan P. Merrill; Sophia Losh; Jeff Kalina; David Colburn; Eric Keller, Defendants–Appellees.

No. 04–55665.

United States Court of Appeals, Ninth Circuit.

Filed March 26, 2008.

Peter E. Borkon, Cotchett Pitre & McCarthy, Burlingame, CA.

Robert Hutchinson, Cotchett Pitre & McCarthy, Beverly Hills, CA, Clifford H. Pearson, Wasserman, Comeden, Casselman & Pearson LLP, Tarzana, CA, for Plaintiff.

Joseph W. Cotchett, Cotchett Pitre & McCarthy, Burlingame, CA, Nancy L. Fineman, Cotchett & Pitre San Francisco Airport Office Center, San Francisco, CA, for Plaintiff–Appellant.

Robert C. Vanderet, O'Melveny & Myers, LLP, Howard M. Privette, Paul Hastings Janofsky & Walker, LLP, Dean J. Kitchens, Gibson Dunn & Cruthcher, LLP, John B. Quinn, Quinn Emanuel Urquhart Oliver & Hedges, LLP, Jeffrey H. Dasteel, Skadden, Arps, Slate, Meagher & Flom LLP, Michael C. Tu, Daniel J. Tyukody, Jr., Orrick Herrington & Sutcliffe, LLP, Melissa M. Dulac, Kirkland & Ellis, LLP, David C. Scheper, Overland Borenstein Scheper & Kim, LLP, Los Angeles, CA, Robert C. Friese, Shartsis Friese, LLP, Nanci L. Clarence, Clarence Snell & Dyer LLP, San Francisco, CA, Peter T. Barbur, Cravath Swaine & Moore, LLP, Stephen P. Warren, Samuel Kadet, Skadden, Arps, Slate, Meagher & Flom LLP, New York, NY, F. Whitten Peters, Washington, DC, Jeffrey Speiser, Edward S. Nathan, Stern & Kilcullen, Roseland, NJ, Walter J. Robinson, III, Pillsbury Winthrop Shaw Pittman LLP, Palo Alto, CA, William A. Isaacson, Boies, Schiller & Flexner, Roger C. Spaeder, Carl S. Kravitz, Zuckerman, Spaeder, Goldstein, Taylor & Kolker, Everett Johnson, Belinda Lee, Latham & Watkins, LLP, Washington, DC, Roy R. Newman, Atkinson, Andelson, Loya, Ruud & Romo, Cerritos, CA, Paul D. Murphy, Murphy Rosen & Cohen, LLP, Santa Monica, CA, J. Christian Word, Latham & Watkins, Reston, VA, for Defendants–Appellees.

Eric A. Isaacson, Coughlin Stoia Geller Rudman & Robbins, LLP, San Diego, CA, David H. Braff, Sullivan & Cromwell, New York, NY, for Amicus Curiae.

Before ROBERT R. BEEZER, THOMAS G. NELSON, and RONALD M. GOULD, Circuit Judges.

**ORDER**

Pursuant to the judgment of the United States Supreme Court issued on February 25, 2008 in *Avis Budget Group v. California State Teachers Retirement System*, — U.S. ——, 128 S.Ct. 1119, 169 L.Ed.2d 945 (2008), we vacate our opinion at 452 F.3d 1040 (9th Cir.2006), vacate the district court's decision, and remand for fur-

ther proceedings which are consistent with the opinion of the Supreme Court.